TUCKER ELLIS & WEST LLP
MICHAEL C. ZELLERS - STATE BAR NO. 146904
PETER E. SCHNAITMAN - STATE BAR NO. 218982
AGGIE B. LEE - STATE BAR NO. 228332
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017-2475
Telephone: (213) 430-3400
Facsimile: (213) 430-3409
michael.zellers@tuckerellis.com
peter.schnaitman@tuckerellis.com
aggie.lee@tuckerellis.com

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. C-06-0122 CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This Document relates to:<br><br>RANDALL MARTINEZ<br>Individual Case No. 06-0122 | **STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 06-0122 CRB, ORIGINALLY FILED IN THE NORTHERN DISTRICT OF CALIFORNIA** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff RANDALL MARTINEZ originally filed in the Northern District of California, Case Number 06-0122, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Product Liability Litigation*, may be and is hereby dismissed without prejudice.

---

STIPULATION AND ORDER OF DISMISSAL

The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court. The parties shall each bear their own costs.

DATED: September 21, 2006         TUCKER ELLIS & WEST LLP


By:   /s/ Peter E. Schnaitman
Michael C. Zellers
Michael.zellers@tuckerellis.com
Peter E. Schnaitman
Peter.schnaitman@tuckerellis.com
Aggie B. Lee
Aggie.lee@tuckerellis.com
1000 Wilshire Blvd., Suite 1800
Los Angeles, CA 90017
Telephone: (213) 430-3400
Facsimile: (213) 430-3409

Attorneys for Defendants
PFIZER INC., PHARMACIA CORPORATION, and MONSANTO COMPANY (the Monsanto Company now known as Pharmacia Corporation)

DATED: September 20, 2006         ALEXANDER, HAWES & AUDET LLP


By:   /s/ Adel A. Nadji
William M. Audet
Joshua C. Ezrin
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 576-1776

Michael E. Schmidt
THE SCHMIDT FIRM
2911 Turtle Creek Blvd.,
Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiff
Randall Martinez

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

2.
STIPULATION AND ORDER OF DISMISSAL
LAimanage / 28762 / 00172 / 578437 / 1 /

1  PURSUANT TO STIPULATION, IT IS SO ORDERED
2
3  Dated: September 25, 2006
4                                               HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard
Suite 1800
Los Angeles, CA 90017-2475

3.
STIPULATION AND ORDER OF DISMISSAL

LAimanage / 28762 / 00172 / 578437 / 1 /

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Maria Valdez, declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis & West LLP, 1000 Wilshire Boulevard, Suite 1800, Los Angeles, California 90017-2475.

On September 21, 2006, I served the foregoing document entitled **STIPULATION AND ORDER OF DISMISSAL** by placing (_) the original (X) a true and correct copy, enclosed in a sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) By Certified mail service return receipt requested, I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) By Personal Service, I caused such envelope(s) to be delivered by hand to the individuals so indicated at the address listed.

( ) By overnight courier, I caused the above-referenced document(s) to be delivered to an overnight courier service for delivery to the above address(es) or on the attached service list.

( ) By facsimile machine, I caused the above-referenced document(s) to be transmitted to the person(s) named above or on the attached service list at the facsimile numbers given thereat.

(X) I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

(X) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 21, 2006 at Los Angeles, California.

                                  /s/ Maria Valdez
                                  Maria Valdez

<u>Randall Martinez v. Pfizer Inc., et al.</u>

United States District Court for the Northern District of California

Case No. C-06-0122 CRB

| | |
|---|---|
| William M. Audet, Esq.<br>Joshua C. Ezrin, Esq.<br>Adel A. Nadji, Esq.<br>Alexander, Hawes & Audet, LLP<br>221 Main St., Suite 1460<br>San Francisco, CA 94105<br>Telephone: 415-982-1776<br>Facsimile: 415-576-1776<br><br>*Attorneys for Plaintiff* | Michael E. Schmidt, Esq.<br>The Schmidt Firm<br>2911 Turtle Creek Blvd.<br>Suite 1400<br>Dallas, TX 75219<br>Telephone: 214-521-4898<br>Facsimile: 214-521-9995<br><br>*Attorneys for Plaintiff* |